No. 788, October Term, 1967. McCollough v. Travelers Insurance Co. et al., 389 U. S. 1050;

No. 877, October Term, 1967. Nicholson v. Calbeck, Deputy Commissioner, et al., 389 U. S. 1051;

No. 1017, October Term, 1967. Houser v. O'Leary, Deputy Commissioner, Fourteenth Compensation District, et al., 390 U. S. 954; and

No. 1369, October Term, 1967. Sonderegger v. Heiss, 392 U. S. 931. Motions for leave to file petitions for rehearing denied.

No. 883, Misc., October Term, 1967. Parker v. Maryland et al., 390 U. S. 982 and 1018. Motion for leave to file second petition for rehearing denied.

No. 1550, Misc., October Term, 1967. Clark v. Payne, 391 U. S. 970. Motion of Lewis Clark for leave to file a brief, as amicus curiae, in support of petition for rehearing granted. Petition for rehearing denied.

No. 1579, Misc., October Term, 1967. Silva v. Beto, Corrections Director, 392 U. S. 913. Motion for leave to file petition for rehearing denied.

October 16, 1968.

No. ——. Cavagnaro v. Clark, Attorney General, et al.; and

No. 889, Misc. Paulekas v. Clark, Attorney General, et al. Applications for stays, made to Mr. Justice Douglas, were submitted by him to the Court and denied by it. Mr. Justice Douglas, Mr. Justice Harlan, and Mr. Justice Stewart would grant the stays. Norman Leonard for applicant in each case. Solicitor General Griswold for respondents in both cases.